**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT COURT OF FLORIDA**

IN RE:

Robert Mohrbacher and Lorraine Mohrbacher         Case No. 6:11-bk-12792-KSJ

_____/

**Notice of Change of Address**

    COMES NOW, Debtors Robert and Lorraine Mohrbacher, by and through undersigned counsel and gives notice of a corrected address for the following Creditors:

1.      Universal Mortgage Corporation
        1200 N. Mayfair Road
        Milwaukee, WI 53226

2.      Sears
        13200 Smith Rd.
        Cleveland, OH 44130

3.      Mercantile Adjustment Bureau
        6390 Main Street
        Williamsville, NY 14221

**Certificate of Service**

    I I HEREBY CERTIFY that the notice of the meeting of creditors has been sent by first class U.S. mail to the corrected addresses listed above on September 12, 2011.

                          Respectfully Submitted,

                          _____
                          Robert K. Dwyer
                          3800 5th Street
                          St. Cloud, Fl 34769
                          (407) 883-5963
                          Bob.Dwyer@gmail.com